NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50482 |
| Plaintiff - Appellee, | D.C. No. 2:98-cr-00947-WDK |
| v. | |
| JEFFREY LITTLEJOHN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
William D. Keller, District Judge, Presiding

Submitted October 25, 2011[**]

Before:    TROTT, GOULD, and RAWLINSON, Circuit Judges.

Jeffrey Littlejohn appeals from the district court's order granting his 18

U.S.C. § 3582(c)(2) motion for reduction of sentence. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Littlejohn's counsel has filed a brief stating there

are no grounds for relief, along with a motion to withdraw as counsel of record.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We have provided the appellant with the opportunity to file a pro se supplemental brief. We have considered the issues raised by Garcia in his pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.